# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CORY MATTHEW MELTZER,** and **PERSONAL INJURY & ACCIDENT LAW CENTER, P.A.,**
Appellants,

v.

**LESLEY WARD-KUHN,**
Appellee.

No. 4D16-4320

[July 27, 2017]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 2016CA000330.

Michael R. Yokan, Jacksonville, and Christopher W. Wickersham, Jr. of the Law Office of C.W. Wickersham Jr., P.A., Jacksonville, for appellants.

Mathew M. Thomas and Joseph H. Graves of Graves Thomas Injury Law Group, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***